PJS:GMT:kas

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH MURCHISON,** | : | No. 3:CV-11-1944 |
| **Plaintiff** | : | |
| | : | **(JUDGE CAPUTO)** |
| v. | : | |
| | : | **(MAGISTRATE JUDGE BLEWITT)** |
| **WARDEN B. A. BLEDSOE, et al.,** | : | |
| **Defendants** | : | Filed Electronically |

## DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

Defendants ask this Court to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b), or in the event the Court does not dismiss the Complaint in its entirety, Defendants ask the Court to enter summary judgment in their favor pursuant to Fed. R. Civ. P. 56(b). A brief in support of this motion will be filed in accordance with M.D. Pa. Local Rule 7.5.

Counsel certifies that he has not obtained the concurrence of plaintiff pursuant to M.D. Pa. Local Rule 7.1 because plaintiff is a prisoner proceeding pro se.

                                        Respectfully submitted,

                                        PETER J. SMITH
                                        United States Attorney

Date: October 15, 2012

                                        s/ Michael Thiel
                                        Michael Thiel
                                        Assistant U.S. Attorney
                                        PA 72926
                                        Kimberly A. Stevens
                                        Paralegal Specialist
                                        228 Walnut Street
                                        P.O. Box 11754
                                        Harrisburg, PA 17108-1754
                                        Phone: (717)221-4482
                                        Facsimile: (717)221-2246

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH MURCHISON,** | : | No. 3:CV-11-1944 |
| **Plaintiff** | : | |
| | : | (JUDGE CAPUTO) |
| v. | : | |
| | : | (MAGISTRATE JUDGE BLEWITT) |
| **WARDEN B.A. BLEDSOE, et al.,** | : | |
| **Defendants** | : | Filed Electronically |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That on October 15, 2012, she served a copy of the attached

### DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

ADDRESSEE:
Kenneth Murchison
06500-059
USP-Lewisburg
PO Box 1000
Lewisburg, PA   17837

                                                         s/ Kimberly A. Stevens
                                                       Kimberly A. Stevens
                                                       Paralegal Specialist